UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                               Case Number: 12-39741 JHW

Debtor: Lisa M. Chance

| Check Number | Creditor | Amount |
|---|---|---|
| 1837828 | One Main Financial | 1394.41 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  March 11, 2014